IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MJLC, L.L.C., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| MAGDOVITZ AGENCY, INC., and ) | |
| ROBERT H. CARTER d/b/a CARTER ) | |
| COMPANY, ) | |
| ) | 8:08cv378 |
| Defendants/Third- ) | |
| Party Plaintiffs, ) | SCHEDULING ORDER |
| ) | |
| vs. ) | |
| ) | |
| UNITED STATES POSTAL SERVICE, ) | |
| ) | |
| Third-Party ) | |
| Defendant. ) | |

Upon review of the parties' Rule 26(f) planning report [17], it is apparent that the participation of the U.S. Postal Service will be necessary to resolve this matter. Although the U.S. Postal Service has been served, its counsel have not yet entered an appearance. To facilitate settlement discussions, the court will not enter an initial progression order at this time.

**IT IS ORDERED** that defense counsel shall report to the court, by letter, no later than **November 20, 2008** on the status of the parties' settlement negotiations. If necessary, an initial progression order will be entered at that time.

**DATED September 26, 2008.**

                                                **BY THE COURT:**

                                                **s/ F.A. Gossett**
                                                **United States Magistrate Judge**