IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MJLC, L.L.C., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MAGDOVITZ AGENCY, INC., and ) <br> ROBERT H. CARTER d/b/a/ ) <br> CARTER COMPANY, ) <br> ) <br> Defendants/Third Party ) <br> Plaintiffs. ) <br> ) <br> vs. ) <br> ) <br> UNITED STATES POSTAL SERVICE, ) <br> ) <br> Third-Party Defendant. ) | Case No. 8:08cv378 <br><br><br> **ORDER** |

Upon notice of settlement given to the magistrate judge by Richard A. Douglas, counsel for plaintiff,

**IT IS ORDERED:**

1. On or before **March 23, 2009,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Rule 16 planning conference set for, is cancelled upon the representation that this case is settled.

Dated this 23rd day of January 2009.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge