## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **MJLC, LLC,** | CASE NO. 8:08CV378 |
| **Plaintiff,** | |
| v. | ORDER |
| **MAGDOVITZ AGENCY, INC., and ROBERT H. CARTER,** | |
| **Defendants/Third Party Plaintiffs** | |
| v. | |
| **UNITED STATES POSTAL SERVICE,** | |
| **Third Party Defendant.** | |

This matter is before the Court on the Joint Stipulation for Dismissal (Filing No. 30). The Court finds that the stipulation satisfies the requirements of Fed. R. Civ. P. 41(a)(1)(ii), and should be approved. Accordingly,

IT IS ORDERED:

1. The Stipulation for Dismissal (Filing No. 30) is adopted, and the relief requested therein is granted;

2. The Amended Complaint (Filing No. 1, Attachment No. 1) and the Third Party Complaint (Filing No. 6) are dismissed with prejudice; and

3. The parties will pay their own costs and attorney fees.

DATED this 18th day of May, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge